**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANDREW T. BREWER
ADC #118074                                                                                    PLAINTIFF

V.                                          4:09CV00430 JMM/JTR

DAVID W. TALLEY, JR.,
Attorney, Columbia County, et al.                                             DEFENDANTS

**ORDER OF TRANSFER**

Plaintiff, who is currently incarcerated at the Randall Williams Unit of the Arkansas

Department of Correction , has commenced this § 1983 action alleging that Defendants violated his

constitutional rights while he was in Columbia County, Arkansas.

In a non-diversity case, venue is proper "only" where:  (1) "any defendant resides, if all

defendants reside in the same State"; (2) "a substantial part of the events or omissions giving rise

to the claim occurred"; or (3) "any defendant may be found, if there is no district in which the action

may otherwise be brought."  28 U.S.C. § 1391(b).

It appears that all of the named Defendants reside in Columbia County, and that the events

giving rise to this § 1983 action occurred there.  Thus, venue is proper in the United States District

Court for the Western District of Arkansas, El Dorado Division.  The interests of justice would be

best served by transferring this case to that Court. *See* 28 U.S.C. § 1406(a) (providing that: "The

district court of a district in which is filed a case laying venue in the wrong division or district shall

dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it

could have been brought").

IT IS THEREFORE ORDERED that the Clerk shall IMMEDIATELY TRANSFER this case

to the Western District of Arkansas, El Dorado Division.

Dated this 18th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE