IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANDREW T. BREWER                                                    PLAINTIFF

VS.                                    CASE NO. 09-CV-1029

DAVID W. TALLEY, JR.,
CALVIN KNIGHTON, and
DAVID F. BUTLER                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on September 30, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 10). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff Andrew T. Brewer's Complaint should be and hereby is dismissed on the ground that the named defendants did not cause the named harm, they are immune from suit, or not state actors for purposes of Section 1983 liability.

IT IS SO ORDERED, this 28th day of October, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge